JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZETH PALACIOS BALLARDO,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. CV 17-08212-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: February 6, 2019            */s/ John E. McDermott*
                                                     JOHN E. MCDERMOTT
                                     UNITED STATES MAGISTRATE JUDGE